In the Matter of the Town of Mamaroneck, Respondent. Lillian E. Ravenscroft, Appellant.

Submitted July 19, 1949; decided July 19, 1949.

*John L. Delius* for motion.

*Lillian E. Ravenscroft,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.